1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   HAYLEY S. GRUNVALD, Cal. Bar No. 227909
3  12275 El Camino Real, Suite 200
   San Diego, California 92130-2006
4  Telephone: 858.720.8900
   Facsimile: 858.509.3691
5  hgrunvald@sheppardmullin.com

6  Attorneys for Defendant TSA STORES, INC.

7

8                    UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| 11 | KATRINA MENELL, | Case No. CV14CV1029 DMG (MAN) |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 13 | v. | |
| 14 | SB TRI-CITY ASSOCIATES, L.P., a California Limited Partnership; SB Tri-City Investors, Inc., a California Corporation; TSA STORES, INC. a Delaware Corporation; and Does 1-10, | Complaint served: 5/27/14<br>Current response date: 6/17/14<br>New response date: 7/16/14 |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |

18

19     This Stipulation is entered into between Plaintiff Katrina Menell

20  ("Plaintiff") and Defendant TSA Stores, Inc. ("Defendant").

21

22     WHEREAS on May 27, 2014, Plaintiff served his summons and initial

23  complaint;

24     WHEREAS, the deadline for Defendant to plead, answer or otherwise

25  respond to the complaint pursuant to the Federal Rules of Civil Procedure was June

26  17, 2014;

27     WHEREAS counsel for both parties require additional time to review

28  the pleadings and prepare their clients' responses;

-1-  Case No. 14CV1029 DMG (MAN)
SMRH:425890422.1    STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

WHEREAS a 30-day extension of time, until July 16, 2014, will not alter the date of any event or deadline already fixed by Court order in this matter;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant shall have until July 16, 2014 to plead, answer or otherwise respond to Plaintiff's complaint in this matter.

Dated: June 24, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Hayley S. Grunvald*
     HAYLEY S. GRUNVALD

Attorneys for Defendant TSA STORES, INC.

Dated: June 24, 2014

CENTER FOR DISABILITY ACCESS

By  */s/ Phyl Grace*
     PHYL GRACE
     MARK POTTER

Attorneys for Plaintiff
KATRINA MENELL

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Phyl Grace, counsel for Plaintiff, and that I have obtained Ms. Grace's authorization to affix her electronic signature to this document.

Dated: June 24, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Hayley S. Grunvald*
        HAYLEY S. GRUNVALD

Attorneys for Defendant TSA STORES, INC.

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 12275 El Camino Real, Suite 200, San Diego, California 92130.

On June 24, 2014, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** on the interested parties in this action as follows:

Phyl Grace, Esq.
Mark Potter, Esq.
CENTER FOR DISABILITY ACCESS
9845 Erma Road, Suite 300
San Diego, CA 92131
Telephone: (858) 375-7385
Facsimile: (858) 422-5191
*Attorneys for Plaintiff*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 24, 2014, at San Diego, California.

*/s/ Hayley S. Grunvald*
HAYLEY S. GRUNVALD