CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Katrina Menell**,<br><br>       Plaintiff,<br><br>       v.<br><br>**SB Tri-City Associates, L.P.,** a California Limited Partnership;<br>**SB Tri-City Investors, Inc.,** a California Corporation;<br>**TSA Stores, Inc.,** a Delaware Corporation; and Does 1-10,<br><br>       Defendants | Case: 5:14-CV-01029-DMG-MAN<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)(A) ; PROPOSED ORDER** |

   Plaintiff hereby requests that this action may be dismissed without prejudice as to Defendant TSA STORES, INC only; no dismissal is request to the remaining defendants. This action is authorized pursuant to FRCP 41(a)(1)(A)(i) as no Defendant has entered an appearance in this matter.

///

///

1

Notice of Dismissal                    Case: 5:14-CV-01029-DMG-MAN

| | | |
|---|---|---|
| 1 | Dated: July 9, 2014 | CENTER FOR DISABILITY ACCESS |
| 2 | | /s/ Mark D. Potter |
| 3 | | By: _____ |
| 4 | | Mark D. Potter |
| | | Attorneys for Plaintiff |