UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Katrina Menell**,<br><br>    Plaintiff,<br><br>v.<br><br>**SB Tri-City Associates, L.P.,** a California Limited Partnership;<br>**SB Tri-City Investors, Inc.,** a California Corporation;<br>**TSA Stores, Inc.,** a Delaware Corporation; and Does 1-10,<br><br>    Defendants | Case: 5:14-CV-01029-DMG-MAN<br><br>**PROPOSED ORDER DISMISSING TSA STORES, INC** |

Defendant TSA STORES, INC is dismissed without prejudice in the above captioned case.

Dated: July 9, 2014        _____

                                                                            Hon. Dolly Gee