UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Katrina Menell**, | Case:  ED CV14-01029-DMG(MANx) |
| Plaintiff, | **ORDER DISMISSING TSA** |
| v. | **STORES, INC. [15]** |
| **SB Tri-City Associates, L.P.,** a California Limited Partnership; **SB Tri-City Investors, Inc.,** a California Corporation; **TSA Stores, Inc.,** a Delaware Corporation; and Does 1-10, | |
| Defendants | |

In accordance with Plaintiff's Notice of Dismissal [Doc. # 15], Defendant TSA STORES, INC is dismissed without prejudice in the above-captioned case.

DATED:  July 10, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1